# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-10207
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 26, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DYWANE CECIL GRAHAM,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:24-CR-12-1

————————————————————

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Dywane Cecil Graham has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Graham has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

————————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10207

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.